Aakash Dalal
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302
Plaintiff, *pro se*

RECEIVED
SDNY PRO SE OFFICE

2025 SEP 19  PM 2: 36

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AAKASH DALAL,<br><br>                              Plaintiff,<br><br>Vs.<br><br>CLEARVIEW AI, INC., ABC<br>CORPORATIONS 1-200, and JOHN<br>DOES 1-200,<br><br>                          Defendants. | Civil Action No.:<br><br>**25 CV 7804**<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## JURISDICTION & VENUE

1.     The United States District Court for the Southern District of New York has jurisdiction has jurisdiction over this matter pursuant 28 U.S.C. § 1332(a)(1), as this action arises between citizens of different states and the matter in controversy exceeds the sum and value of $75,000.

2.     Venue in the Southern District of New York is proper because a substantial part of the events and actions herein arose in New York, New York. 28 U.S.C. § 1391(b)(2).

## PARTIES

3.     Plaintiff Aakash Dalal ("Plaintiff") is a resident of Bridgeton, New Jersey and was at all relevant times herein a resident of New Jersey.

4. Defendant Clearview AI, Inc. ("Clearview AI") is a Delaware corporation with its principal executive offices and principal place of business located at 99 Wall Street #5730, New York, NY 10005.

5. Defendants ABC Corporations 1-200 are yet unknown corporations that have purchased software and access to a biometrics database from Clearview AI and utilized the same.

6. Defendants John Does 1-200 are yet unknown law enforcement officers or agencies that have purchased software and access to a biometrics database from Clearview AI and utilized the same.

## STATEMENT OF FACTS

### The Clearview AI, Inc. Consumer Privacy Litigation

7. On June 21, 2024, the Hon. Sharon Johnson Coleman, U.S.D.J. of the United States District Court for the Northern District of Illinois preliminarily approved a settlement in the class action lawsuit of In Re: Clearview AI, Inc. Consumer Privacy Litigation, Case No. 1:21-cv-00135. The class action lawsuit raised claims for unjust enrichment and violations of state statutes based on Clearview AI's unlawful collection and sale of biometric data. The settlement, valued at $50 million, provided for one share of stock in the company to all class members, except for those in Illinois, New York, Virginia, and California, who will receive varying amounts of shares.

8. As a result of Plaintiff's uploading of his images to the internet and others uploading his images to the internet, he was a member of the class in the aforementioned lawsuit.

9.   On July 30, 2024, Plaintiff determined that the settlement was inadequate and timely opted out of the settlement by sending letters via certified and regular U.S. mail to the settlement administrator requesting exclusion from the class action.

### Biometric Identifiers

10.  Every individual has unique features by which he or she can be identified using a set of standard quantitative measurements, commonly referred to as "biometric identifiers". As an example, the shape of and distance between tiny ridges on each person's finger are unique, so measures of those features can be used to identify a specific individual as the person who made a fingerprint.

11.  Each person also has a unique facial geometry composed of numerous measurements, including distances between key facial features and ratios between those distances. After an image of an individual's face is scanned and its biometric measurements are captured, computers can store that information and use it to identify that individual any other time that person's face appears on the internet, in a scanned picture, or in footage from any of the billions of cameras that are constantly monitoring the public's daily lives.

12.  Unlike fingerprints, however, facial biometrics are readily observable and present a danger to privacy, individual autonomy, and liberty.

### Clearview AI's Unlawful Biometric Database

13.  Clearview AI has, during and between 2017 and present, surreptitiously collected, captured, and obtained biometrics from more than three billion images it has covertly scraped from the Internet. This includes Plaintiff's biometrics, which Clearview AI has incorporated into its searchable biometric database. Clearview

AI continues to gather and maintain images of individuals, including Plaintiff, for its database. This data scraping process took place in New York, New York.

14.    From its New York office, Clearview AI has distributed, disseminated, sold, traded, leased, and otherwise profited from the biometrics it unlawfully collects, captures, and obtains. To date, Clearview AI has sold unfettered access to its vast biometric database to more than 7,000 individuals from approximately 2,000 law enforcement and government agencies, including John Does 1-200. Law enforcement agencies in New York utilize Clearview AI's biometric database both directly and indirectly through other agencies. The New York City Police Department is one such agency.

15.    Clearview AI has further sold and continues to sell unrestricted access to its biometric database to more than 200 private companies, many of which operate in New York and New Jersey, including Defendants ABC Corporations 1-200. Law enforcement officers John Does 1-200 and ABC Corporations 1-200 have frequently queried and continue to query Clearview AI's biometric database for their own purposes, including to identify particular individuals appearing in photographs and videos in their possession. ABC Corporation 1-200 have increased their profits through the use of Clearview AI's software and biometric database.

16.    Each time Clearview AI's private clients queried the biometric database, Clearview AI's algorithms compared the facial geometry of the subject appearing in the chosen picture or video against the facial geometry of each of the hundreds of millions of people appearing in the database, including Plaintiff's.

17. By obtaining and querying the database, Defendants John Does 1-200 and ABC Corporations 1-200 necessarily obtained, accessed, and used all of the biometrics in that database, including Plaintiff's.

18. Clearview AI, ABC Corporation 1-200, and John Does 1-200 have failed to provide Plaintiff any remuneration or benefit for their use of his biometric data.

19. At relevant times, Clearview AI failed to store and protect from disclosure the highly sensitive biometrics in its database: (a) using the reasonable standard of care within Clearview AI's industry; and (b) in a manner that was the same or more protective than the manner in which Clearview AI stored and protected other confidential and sensitive information.

20. Evidence of Clearview AI's deficient security practices includes the fact that its electronic systems were hacked on at least two occasions in 2020. In one instance, hackers obtained Clearview AI's customer list. In the other, hackers obtained access to a "misconfigured server" that exposed Clearview's internal files, applications, and source code to anyone on the internet. The misconfigured server allowed anyone to run Clearview AI's software and access the biometrics database that contained the sensitive biometrics of millions of Americans, including Plaintiff.

**Clearview AI's Collection of Plaintiff's Biometrics & Injuries**

21. At relevant times, Plaintiff uploaded from New Jersey to various websites on the internet photographs taken in New Jersey and containing images of his face. Further, at relevant times, photographs taken in New Jersey containing images of Plaintiff's face were uploaded by others to various websites on the internet. In

creating its biometric database, Clearview AI searched and continues to search millions of websites on the internet for image files. Plaintiff's biometrics are contained in Clearview AI's biometric database and Clearview AI continues to collect, use, and accumulate Plaintiff's images.

22. Clearview AI, ABC Corporations 1-200, and John Does 1-200 (a) never informed Plaintiff in writing or otherwise of the fact or purpose for which it was collecting, capturing, obtaining, purchasing, disclosing, redisclosing, and disseminating his biometrics; and (b) never sought, nor received, a written release or other consent from Plaintiff that allowed Clearview AI, ABC Corporations, and John Does 1-200 to collect, capture, obtain, purchase, disclose, redisclose, and disseminate Plaintiff's biometrics.

23. Plaintiff never consented, agreed, or gave permission—written or otherwise—to Clearview AI, ABC Corporations 1-200, and John Does 1-200 for the collection or storage of his unique biometrics. Indeed, prior to the preliminary approval of the settlement in the underlying class action lawsuit on June 21, 2024, Plaintiff had no idea or knowledge that Clearview AI was in possession of his photographs and biometric data.

24. Furthermore, Clearview AI never provided Plaintiff with an opportunity to prohibit or prevent the collection, storage, use, or dissemination of his unique biometric data.

25. As a result of Clearview AI's, ABC Corporations 1-200's, and John Does 1-200's unlawful conduct, Plaintiff has already sustained injuries and faces many more

imminent and certainly impending injuries, which injuries he will continue to suffer.

26.    Defendants Clearview AI's ABC Corporations 1-200's, and John Does 1-200's unlawful conduct has resulted in, among other things, (a) Plaintiff's unique biometrics being collected, captured, obtained, purchased, disclosed, redisclosed, and otherwise disseminated without the requisite notice having been given and without the requisite releases or consents having been obtained, and (b) Plaintiff being deprived of control over his biometrics.

27.    To this day, Plaintiff does not know which, or how many, individual or entities have received, obtained, purchased, received through trade, accessed, stored, disclosed, redisclosed, other otherwise made use of Plaintiff's biometrics, exposing him to the imminent and certainly impending injuries of identity theft, fraud, stalking, surveillance, social engineering, and other invasions of privacy. Facial Recognition Tech: 10 Views on Risks and Rewards, https://www.forbes.com/sites/forbestechcouncil/2018/04/03/facial-recognition-tech-10-views-on-risks-and-rewards/#54d3e1716b3c.

28.    As a result of the Defendants' misconduct, Plaintiff has no recourse for the fact that his biologically unique information has been compromised. Moreover, Plaintiff is likely to withdraw from biometric-facilitated transactions and other facially-mediated electronic participation in the future.

29.    To this day, through its software, Clearview AI continues to scrape images of Plaintiff from the Internet, continues to extract Plaintiff's biometric data, and

continues to sell access to that data to its customers, who continuously use it for commercial and other purposes.

30.    Plaintiff only discovered the nature of Clearview AI's covert collection and sale of his biometric data after the preliminary approval of the class action settlement in <u>In Re: Clearview AI, Inc. Consumer Privacy Litigation</u>.


## STATEMENT OF CLAIMS

### COUNT I:
### INVASION OF PRIVACY BY APPROPRIATION OF NAME AND LIKELINESS
### (New Jersey law)

31.    Plaintiff again alleges and incorporates by reference all previous paragraphs set forth above in this complaint.

32.    During all relevant times stated herein, Defendants Clearview AI, ABC Corporations 1-200, and John Does 1-200 invaded Plaintiff's privacy by appropriating his name and likeness, i.e., his images, without his consent, for their own commercial use and benefit, thereby causing Plaintiff harm and damages, including depriving him of the exclusive right to control commercial exploitation of his images.


### COUNT II:
### UNJUST ENRICHMENT
### (New Jersey law)

33.    Plaintiff again alleges and incorporates by reference all previous paragraphs set forth above in this complaint.

34.     During all relevant times stated herein, Defendants Clearview AI, ABC
        Corporations 1-200, and John Does 1-200 knowingly received a benefit—
        specifically, monetary gain, at Plaintiff's expense, and the Defendants' retention
        of that benefit without payment or compensation is unjust.

## COUNT III:
## CONSPIRACY
### (New Jersey law)

35.     Plaintiff again alleges and incorporates by reference all previous paragraphs set
        forth above in this complaint.

36.     During all relevant times stated herein, Defendants Clearview AI, ABC
        Corporations 1-200, and John Does 1-200 agreed that one or more of them would
        engage in conduct that would constitute an invasion of Plaintiff's right to privacy
        by means of appropriation of his name and likeness for their commercial benefit
        and resulting in their unjust enrichment.

## DEMAND FOR RELIEF

Plaintiff petitions this Court for judgment as follows:

a)  Finding that Defendants Clearview AI, Inc., ABC Corporations 1-200, and
    John Does 1-200 committed the acts or omissions set forth in this Complaint;

b)  Finding that such acts or omissions constitute unjust enrichment and
    violations of New Jersey law.

c)  Granting Plaintiff appropriate equitable relief, including preliminary and
    permanent injunctive relief barring Defendant from engaging in the tortious

conduct and unconscionable commercial practices outlined in this Complaint;
specifically, requiring Defendants to delete all photographs and biometrics of
Plaintiff and cease further collection of photographs and biometrics of
Plaintiff.

d) Granting Plaintiff compensatory damages of no less than $250,000 or an
amount to be determined by a jury;

e) Granting Plaintiff punitive damages of no less than $500,000;

f) Granting Plaintiff nominal damages;

g) Granting Plaintiff reasonable attorneys' fees, expenses, and costs; and

h) Affording Plaintiff any other relief deemed just and appropriate by the Court.

Aakash Dalal
Plaintiff, *pro se*

Dated:        September 15, 2025

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| AAKASH DALAL | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CLEARVIEW AI, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clearview AI, Inc.
99 Wall Street #5730
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aakash Dalal, SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| AAKASH DALAL | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. |
| CLEARVIEW AI, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clearview AI, Inc.
99 Wall Street #5730
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aakash Dalal, SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

|  |  |  |
|---|---|---|
| AAKASH DALAL | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| CLEARVIEW AI, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clearview AI, Inc.
99 Wall Street #5730
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aakash Dalal, SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| AAKASH DALAL | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. |
| CLEARVIEW AI, INC. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clearview AI, Inc.
99 Wall Street #5730
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Aakash Dalal, SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00     .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Aakash Dalal, SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302

**(b)** County of Residence of First Listed Plaintiff  Bergen County, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se

## DEFENDANTS
Clearview AI, Inc.
99 Wall Street #5730
New York, NY 10005

County of Residence of First Listed Defendant  New York County, NY
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
     Plaintiff

☐ 2  U.S. Government
     Defendant

☐ 3  Federal Question
     *(U.S. Government Not a Party)*

☒ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                       *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
    Proceeding

☐ 2 Removed from
    State Court

☐ 3 Remanded from
    Appellate Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    Another District
    *(specify)*

☐ 6 Multidistrict
    Litigation -
    Transfer

☐ 8 Multidistrict
    Litigation -
    Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(a)(1)
Brief description of cause:
Civil action for misappropriation of Plaintiff's name and image and unjust enrichment against Defendant.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $    750,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  Hon. Dale E. Ho, U.S.D.J.

DOCKET NUMBER  1:23-cv-07021

DATE
09/15/2025

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

FOR OFFICE USE ONLY

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

Aakash Dalal
SBI# 792652E
215 Burlington Road South
Bridgeton, NJ 08302
Plaintiff, *pro se*

September 15, 2025

**VIA U.S. MAIL**
Clerk of the Court
United States District Court
500 Pearl Street
New York, NY 10007

      RE:   **Filing of Complaint / New Civil Action**

Dear Clerk:

      Please find enclosed for filing the following documents:

      1.    Civil Cover Sheet (2 copies)
      2.    Complaint (2 copies)
      3.    Summons (4 copies)

      A check for $405 payable to the Clerk, U.S. District Court has been enclosed for the filing fee.

      Please issue the Summons and send a conformed copy of both the Summons and the Complaint to my address above.

      Thank you for your attention to this matter.

                                    Respectfully submitted:

                                    Aakash Dalal
                                    Plaintiff, *pro se*

Enc.



ADARSH K. DALAL
HARSHA ADARSH DALAL
16 TRUDY DRIVE
LODI, NJ 07644

55-7195/2212

3218

9/16/25    20___

Pay To
The Order Of_ The Clerk, U.S. District Court $ 405.00

Four hundred dollars _____ Dollars

SPENCER SAVINGS BANK, SLA
(800) 363-8115
WWW.SPENCERSAVINGS.COM

For Clearview Civil

⑆:2212719511: 031"05531 1"' 3218

Aakash Dalal
#792652E
215 Burlington Road South
Bridgeton, NJ 08302



USM4P
USDNY

RECEIVED
SDNY PRO SE OFFICE
2025 SEP 19 PM 2:36

Clerk of the Court
U.S. District Court
500 Pearl Street
New York, NY 10007



Retail
U.S. POSTAGE PAID
FCM LG ENV
LODI, NJ 07644
SEP 16, 2025

RDC 99

10007

$3.00

S2324W501621.4





RECEIVED
SEP 18 2025
CLERK'S OFFICE
S.D.N.Y.