UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                              :
AAKASH DALAL,                                 :
                                              :
                    Plaintiff,                :
                                              :
            -v-                               :     25 Civ. 7804 (JPC)
                                              :
CLEARVIEW AI, INC., *et al.*,                 :     ORDER
                                              :
                    Defendants.               :
                                              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff Aakash Dalal initiated this action on September 19, 2025, by filing a Complaint against Defendant Clearview AI, Inc., as well as Defendants "ABC Corporations 1-200" and "John Does 1-200." Dkt. 1. The Clerk of Court is respectfully directed to issue a Summons as to Defendant Clearview AI, Inc. Plaintiff should serve the Summons and Complaint upon Clearview AI, Inc. by December 18, 2025. If service has not been made by that deadline, the Court may dismiss the Complaint under Rule 4(m) of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated: October 20, 2025
       New York, New York                   _____
                                            JOHN P. CRONAN
                                            United States District Judge