**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AAKASH DALAL,

                                Plaintiff,                              **25 Civ. No. 7804 (JPC) (GS)**

                -against-
                                                                       **PRE-MOTION**
CLEARVIEW AI, INC., *et al.,*                                          **CONFERENCE ORDER**

                                Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Motion Conference on **Wednesday, March 18, 2026**

**at 10:00 a.m.**  The parties are directed to join the conference at the scheduled time. **Please dial**

**(646) 453-4442, Access Code: 978 399 348#.**

        **SO ORDERED.**

DATED:    New York, New York
          February 4, 2026

                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge